**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (If known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   702 VERMONT INC.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 7 – 5 3 7 8 0 5 2

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 702 Vermont Street | |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Brooklyn   New York   11207 | |
   | City   State   ZIP Code | City   State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Kings | |
   | County | Number  Street |
   | | |
   | | City   State   ZIP Code |

5. **Debtor's website (URL)**  _____

Debtor   **702 VERMONT INC.**   Case number (if known) _____
Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   5  3  1  3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  __702 VERMONT INC._____        Case number (if known)_____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  ☒ No
    ☐ Yes. District _____ When ___/___/_____ Case number _____
                  MM / DD / YYYY

   If more than 2 cases, attach a separate list.
    District _____ When ___/___/_____ Case number _____
                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** ☒ No
    ☐ Yes. Debtor _____ Relationship _____
       District _____ When ___/___/_____
                                    MM / DD / YYYY

   List all cases. If more than 1, attach a separate list.
    Case number, if known _____

11. **Why is the case filed in *this district*?**
   Check all that apply:
   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**  ☒ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                            Number    Street

                            City                State ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

▇ **Statistical and administrative information**

Debtor  **702 VERMONT INC.**    Case number (if known) _____
        Name

13. **Debtor's estimation of available funds**

    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☒ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☒ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03/06/2024
                 MM / DD / YYYY

    ✗ _Kenneth Gregory_ (signature)          _Kenneth Gregory_
    Signature of authorized representative of debtor    Printed name

    Title  President

Debtor  702 VERMONT INC. _____    Case number (if known)_____
        Name

18. **Signature of attorney**    ✗ _____    Date _____
                                 Signature of attorney for debtor          MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

Bronx_____                    _____  _____
City                                                    State        ZIP Code

_____                         _____
Contact phone                                           Email address

_____                         _____
Bar number                                              State

Fill in this information to identify the case:

Debtor name __702 Vermont Inc.__

United States Bankruptcy Court for the: __Eastern__ District of __New York__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MTGLQ c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC 900 Merchants Concourse, Suite 310 Westbury, NY 11590 | | Mortgage Loan | Unliquidated Disputed | $854831.69 | $300,000.00 | $554831.69 |
| 2 | Law Office of Stacey Simon Reeves 3220 Fairfield Avenue 7 A, Bronx, New York 10463 | | Legal | Unliquidated | | | $5,000.00 |
| 3 | Consolidated Edison 30 Flatbush Ave F16 Brooklyn, NY 11217-1121 | | Utility | Unliquidated | | | $1063.90 |
| 4 | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 5 | NYS Dep't Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 6 | NYC Dept of Law Attn: Bernadette Brennan, Esq. 100 Church St Rm 5-23 NY, NY 10007 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 7 | NYC Dep't of Finance Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 8 | NYC DEP 5917 Junction Blvd Flushing, NY 11373-5188 | | Utility | Unliquidated | | | $10697.06 |

Debtor  **702 Vermont, Inc**  Case number (if known)
Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NY State Attorney General 28 Liberty St New York, NY 10005-1400 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 10 | National Grid 1 Metrotech Ctr Fl 16 Brooklyn, NY 11201-3949 | | Utility | Unliquidated | | | $ 3630.15 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

# MATRIX

National Grid
1 Metrotech Ctr Fl 16 Brooklyn, NY
11201-3949


NY State Attorney General
28 Liberty St
New York, NY   10005-1400


NYC DEP
5917 Junction Blvd
Flushing, NY   11373-5188


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY   11201-3719


NYC Dept of Law
Attn: Bernadette Brennan, Esq.100
Church St Rm 5-233
New York, NY   10007-2601


NYS Dep't of Taxation Bankruptcy/
Special Procedure PO Box 5300
Albany, NY   12205-0300


Internal Revenue Service Centralized
Insolvency Operations PO Box 7346
Philadelphia, PA 19101-7346


Consolidated Edison 30 Flatbush Ave
Fl 6 Brooklyn, NY 11217-1121


Law Office of Stacey Simon Reeves
3220 Fairfield Avenue 7A, Bronx, New
York 10463


MTGLQ Investors, Inc. c/o
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
900 Merchants Concourse, Suite 310
Westbury, NY 11590